# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2014

147898

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

ROSALIE M. BAGBY, Personal
Representative of the Estate of DALE LEE
BAGBY, II, Deceased,
    Plaintiff-Appellee,

v

             SC: 147898
             COA: 311597
             Wayne CC: 11-001670-NO

DETROIT EDISON COMPANY,
    Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the September 13, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2014



          Clerk

p0325